## STATE v. M. R. SEARS.

No. A-7974.   Opinion Filed May 29, 1931.
(299 Pac. 925.)

W. Adelbert Dillon, Co. Atty., and J. Berry King, Atty. Gen., for the State.

Titus & Hill and Guy D. Talbot, for defendant in error.

DAVENPORT, P. J.   The defendant in error, M. R. Sears, was by information charged with the unlawful, willful, wrongful, fraudulent, and felonious selling, exchanging, and delivering to one Noah Herron, a forged and counterfeited note, was acquitted, and the state appeals.

The record shows that the defendant in error, M. R. Sears, was acquitted by the verdict of a jury; therefore the questions raised by the state are moot.

The appeal is dismissed.

CHAPPELL and EDWARDS, JJ., concur.